# WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | |
|---|---|
| Main Case No.    23-34374 | Name of Debtor:    **County Investment L.P., et al.** |
| Adversary No. | Style of Adversary: |
| Witnesses:<br>• Massood Danesh Pajooh<br>• Brendon Singh<br>• Kelly Toney<br>• Leonard H. Simon<br>• William P. Haddock<br>• Designated Representative(s) of Texas Capital Loans, LLC<br>• Witnesses designated by other parties<br>• Witnesses needed for rebuttal whose testimony cannot be reasonably anticipated prior to the hearing | Judge:    **Jeffrey P. Norman** |
| | Courtroom Deputy:    **Tracey Conrad** |
| | Hearing Date:    **November 20, 2023** |
| | Hearing Time:    **1:30 p.m.** |
| | Party's Name:    **Pendergraft & Simon, LLP** |
| | Attorney's Name:    **Leonard H. Simon** |
| | Attorney's Phone:    713-253-2810 |
| | Nature of Proceeding:<br>1. Texas Capital's Motion to Dismiss Case for Cause for Bad Faith Filing in Contravention of Terms of Confirmed Plan and Little Creek Factors (ECF no. 11)<br>2. Debtors' Amended Motion for Authority to Use Cash Collateral (ECF no. ___) |

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Schedules D, E/F (Bk. 21-32933, ECF no. 15) | | | | |
| 2 | Order Confirming Consensual Plan of Reorganization for Small Business Under Chapter 11, Subchapter V (Bk. 21-32932, ECF no. 204) | | | | |
| 3 | Notice of Substantial Consummation (Bk. 21-32932, ECF no. 273) | | | | |

| Ex. # | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 4 | Post Confirmation Report (Bk. 21-32933, ECF no. 35) | | | | |
| 5 | Post Confirmation Report (Bk. 21-32933, ECF no. 38) | | | | |
| 6 | County Investment L.P.'s Expedited Motion to Close Case and for Entry of Final Decree (Bk. 21-32932, ECF no. 291) | | | | |
| 7 | Order Closing County Investment LP Case, no. 21-32933 | | | | |
| 8 | Debtors' Expedited Motion for the Appointment of Brendon Singh as Chief Restructuring Officer (ECF no. 3) | | | | |
| 9 | Debtors' Expedited Motion for Entry of an Order (a) Authorizing Retention of Tranzon as Auctioneer, (b) Authorizing the Sale by Auction of Real Property Owned by Debtors, (c) Authorizing Payment of Indebtedness Secured by Mortgage Held by CCL and (d) Authorizing Other Relief (ECF no. 13) | | | | |
| 10 | Schedule A/B for County Investment L.P. (ECF no. 1) | | | | |
| 11 | Schedules D, E/F for County Investment (ECF no. 1) | | | | |
| 12 | Schedule A/B for 2017 Partners, LLC (Bk. 23-34375, ECF no. 1) | | | | |
| 13 | Schedules D, E/F for 2017 Partners, LLC (Bk. 23-34375, ECF no. 1) | | | | |
| 14 | Auctioneer's Estimate of Real Property Values | | | | |
| 15 | 30-Day Budget | | | | |
| 16 | TXU Energy Bill | | | | |
| 17 | Harris County MUD 248 Bill (acct. x30-01) | | | | |
| 18 | Harris County MUD 248 Bill (acct. x40-01) | | | | |
| 19 | Nexus Bill | | | | |
| 20 | Profit & Loss Statement—Month Ended August 31, 2023 | | | | |

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 21 | Profit & Loss Statement—Month Ended September 30, 2023 | | | | |
| 22 | Profit & Loss Statement—Month Ended October 31, 2023 | | | | |
| 23 | Cash Flow Statement—Quarter Ended October 31, 2023 | | | | |
| 24 | Cash Flow Statement—Year to October 31, 2023 | | | | |
| 25 | Summary of Bank Deposits and Withdrawals—June 1, 2023 to October 31, 2023 | | | | |
| 26 | Wells Fargo DIP Account Bank Statements | | | | |
| 27 | Texas Capital Loans Appraisal(s) of collateral (subpoenaed for production at hearing by designated representative(s)). | | | | |
| | Exhibits designated by other parties | | | | |
| | Exhibits needed for rebuttal which cannot be reasonably identified prior to the hearing | | | | |

Respectfully Submitted,

**PENDERGRAFT & SIMON, LLP**

/s/ *William P. Haddock*
William P. Haddock
 Texas Bar No. 00793875
 S.D. Tex. Adm. No. 19637
2777 Allen Parkway, Suite 800
Houston, TX 77019
Tel. (713) 528-8555
Fax. (713) 868-1267

*Proposed Counsel for County Investment L.P. and 2017 Partners, LLC*

**Certificate of Service**

I hereby certify that a true and correct copy of the above Witness and Exhibit List has been served on the following counsel/parties of record in accordance with Fed. R. Bankr. P. 9013 and BLR 9013-1 on this 16th day of November 2023:

    Counsel/parties appearing via ECF:

        Preston Towber, Counsel for Texas Capital Loans, LLC
        Alicia Barcomb, Counsel for the U.S. Trustee
        Office of the U.S. Trustee

        /s/ *William P. Haddock*
        William P. Haddock